IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PENN-MONT BENEFIT SERVICES, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA, | : | No. 13-4130 |
| Defendant. | : | |

## O R D E R

**AND NOW,** this 20th day of August, 2015, upon consideration of the Government's motion for default judgment as to U.S.'s counterclaim (Doc. No. 27), it is hereby **ORDERED** that the Government's motion is **GRANTED in part** and **DENIED in part**, as explained in the accompanying memorandum.[1]

Judgment on the Government's counterclaim is entered in favor of the Government, and against Penn-Mont Benefit Services, on the issue of liability. The Government's motion for default judgment regarding the issues of damages is **DENIED without prejudice**.

BY THE COURT:

/s/Lawrence F. Stengel
LAWRENCE F. STENGEL, J.

---

[1] I entered an Order for Penn-Mont to show cause on September 11, 2014. Doc. No. 31. Penn-Mont has not responded to this Order or the Government's motion.